# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ALECIA M. RIDEAU, M.D.** | * | **CIVIL ACTION NO. 6:18-CV-00473** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LAFAYETTE HEALTH VENTURES, INC., ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

# O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 29] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted [Doc. No. 11] filed by Defendants is **DENIED**.

Monroe, Louisiana, this 17th day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**