UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ALECIA M. RIDEAU, M.D.** | * | **CIVIL ACTION NO. 6:18-CV-00473** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LAFAYETTE HEALTH VENTURES, INC., ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

**O R D E R**

Pending before the Court is Defendants' Objection to Magistrate Judge's Memorandum Ruling Denying Defendants' Motion to Strike [Doc. No. 31]. Defendants object to the Magistrate Judge's Memorandum Ruling [Doc. No. 28] denying Defendants' Motion to Strike [Doc. No. 10] Plaintiff's references in her Petition to the Women's Health and Cancer Rights Act of 1998 ("WHCRA").

The Court construes this objection as an appeal of the Magistrate Judge's Memorandum Ruling. Motions to strike are non-dispositive pre-trial matters. Under 28 U.S.C. § 636(b)(1)(A) and Rule 72(a), the Court reviews a magistrate judge's rulings on non-dispositive matters only to determine whether they are clearly erroneous or contrary to law.

Having conducted a thorough review of the entire record, the Court finds that, under the facts and circumstances of this case, the Magistrate Judge's Memorandum Ruling was not clearly erroneous nor contrary to law. Therefore, Defendants' Objection [Doc. No. 31] is **DENIED**, and the Magistrate Judge's Memorandum Ruling is **AFFIRMED**. To the extent Defendants contend evidence pertaining to the WHCRA is not admissible at trial, they can file a motion in limine at the appropriate time.

Monroe, Louisiana, this 17th day of August, 2018.

                                                **TERRY A. DOUGHTY**
                                                **UNITED STATES DISTRICT JUDGE**